IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MIAMI VALLEY FAIR HOUSING CENTER, INC. | : |
| | : Case No. 3:10-cv-83 |
| Plaintiff, | |
| | : |
| vs. | |
| | : JUDGE WALTER HERBERT RICE |
| THE CONNOR GROUP, et al., | |
| | : |
| Defendants | |

ENTRY TERMINATING MOTION FOR HEARING RE: PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (DOC. #60); MOTION TO COMPEL DISCOVERY (DOC. #61); DEFENDANT'S MOTION IN LIMINE (DOC. #62); DEFENDANT'S MOTION TO BIFURCATE (DOC. #63); PLAINTIFF'S MOTION IN LIMINE (DOC. #64); AND DEFENDANT'S MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY (DOC. #65)

The Court, having ruled on the above motions in pretrial conferences, and judgment having been entered in favor of Defendant following a jury trial, directs that these motions be terminated as moot.

Date: August 16, 2011

*(signature)*
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE