UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MIAMI VALLEY FAIR HOUSING CENTER, INC., | * * * Civil Action No. 3:10-cv-00083 |
| Plaintiff, | * |
| | * Judge Walter H. Rice |
| v. | * * |
| THE CONNOR GROUP, A REAL ESTATE INVESTMENT FIRM, LLC, et al. | * * * |
| Defendants. | * |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and between Plaintiff Miami Valley Fair Housing Center, Inc. and Defendant The Connor Group, A Real Estate Investment Firm, LLC that this action, including all of the claims that were or could have been asserted in the Plaintiff's Complaint are dismissed in their entirety with prejudice, and that each party shall bear its own costs, attorney's fees and expenses.

IT IS SO ORDERED.

Dated: 1/19/16

_____
United States District Judge Walter H. Rice

**STIPULATED AND AGREED:**

*s/ Diane E. Citrino*
Diane E. Citrino (0062832)
Kerin Lyn Kaminski (0013522)
Giffen & Kaminski LLC
1300 East Ninth Street, Suite 1600
Cleveland, Ohio 44114
Phone: (216) 621-5161
Fax:   (216) 621-2399
dcitrino@thinkgk.com
kkaminski@thinkgk.com

*Attorneys for Plaintiff Miami Valley Fair Housing Center, Inc.*

*s/ Christin M. Haaker*
Christine M. Haaker (0063225)
Trial Attorney
THOMPSON HINE LLP
Austin Landing I
10050 Innovation Drive, Suite 400
Miamisburg, Ohio 45342-4934
Phone: (937) 443-6822
Fax:   (937) 443-6635
Christine.Haaker@ThompsonHine.com

-and-

*s/ Glen R. McMurry*
Glen R. McMurry (0082600)
Co-Counsel
DUNGAN & LEFEVRE CO., LPA
210 West Main Street
Troy, Ohio 45373
Phone: (937) 339-1511
Fax:   (937) 335-4084
Email: gmcmurry@dunganattorney.com

*Attorneys for Defendant The Connor Group, A Real Estate Investment Firm, LLC*